## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JOHN WILLIAM MUNSON,**

      **Plaintiff,**

**vs.**                              **Case No. 4:16cv682-RH/CAS**

**KEY BANK, et al.,**

      **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case on October 27, 2016, by filing an in forma pauperis motion, ECF No. 2, and a civil rights complaint pursuant to 42 U.S.C. § 1983, ECF No. 1. Plaintiff's in forma pauperis motion was incomplete and an Order was entered on November 3, 2016, pointing out various deficiencies with the motion. ECF No. 4. Thus, ruling was deferred on Plaintiff's in forma pauperis motion, ECF No. 2, and Plaintiff was required to either submit an amended in forma pauperis motion demonstrating *why* he is unable to pay the filing fee for this case, or Plaintiff could submit the $400.00 filing fee. ECF No. 4.

Additionally, as a courtesy to Plaintiff, his complaint was also reviewed, notwithstanding that Plaintiff had not yet been granted in forma pauperis status.  Plaintiff was informed of several deficiencies with his complaint as well and required to submit an "amended complaint" no later than December 2, 2016.  ECF No. 4.  Although that Order, ECF No. 4, was initially returned to the Court as undeliverable, ECF No. 5, it was remained to Plaintiff on November 9, 2016, with sufficient time for Plaintiff to comply.[1]  As of this date, Plaintiff has not filed an amended complaint or an amended in forma pauperis motion.  Plaintiff was warned that if he failed to comply with the Order, his case may be dismissed.  *Id.*  Accordingly, this case should now be dismissed for failure to comply with a Court Order and failure to prosecute pursuant to Rule 41.

**RECOMMENDATION**

It is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)

---

[1] Notably, Plaintiff initiated a second case on the same day.  *See* case # 4:16cv683-MW/CAS.  The Order was not returned as undeliverable in that case.  Moreover, Plaintiff did not comply with that Order either and a Report and Recommendation has been entered in case number 4:16cv683 as well.

Case No. 4:16cv682-RH/CAS

because Plaintiff did not comply with a Court Order, and all pending

motions should be summarily **DENIED**.

  **IN CHAMBERS** at Tallahassee, Florida, on December 13, 2016.


     S/  Charles A. Stampelos     
    **CHARLES A. STAMPELOS**
    **UNITED STATES MAGISTRATE JUDGE**



## NOTICE TO THE PARTIES

  **Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**